UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BOWMAN, | No. 2:16-cv-193-EFB P |
| Plaintiff, | |
| v. | ORDER |
| HOLLEY, et al., | |
| Defendants. | |

On March 15, 2017, this civil rights case was closed after plaintiff failed to file an amended complaint in accordance with the court's February 7, 2017 order, and judgment was duly entered. ECF Nos. 9, 12, 13. On March 16, 2017, plaintiff filed a "response" to the February 7, 2017 order, but neither filed an amended complaint as ordered nor sought an extension of time to do so. ECF No. 14.  The court takes no action on the filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  March 28, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE